MINUTE ENTRY
CHASEZ, M.J.
JUNE 18, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE B. VERRETT | CIVIL ACTION |
| VERSUS | NUMBER: 11-01623 |
| STONE ENERGY CORPORATION, ET AL. | SECTION: "A"(5) |

A settlement conference was conducted in the above matter this date.

PRESENT:  Karen Shipman, Tod Everage, Anthony Williams, David Bateman

A resolution of this matter could not currently be achieved.

Counsel are to contact the Court before the end of the business day on June 19th to advise whether further progress can be made toward the settlement of plaintiff's claims.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

MJSTAR(01:40)