UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE B. VERRETT | CIVIL ACTION |
| VERSUS | NO. 11-CV-1623 |
| STONE ENERGY OFFSHORE, L.L.C., STONE ENERGY CORPORATION, AND TENNESSEE GAS PIPELINE COMPANY | JUDGE ZAINEY<br>MAGISTRATE CHASEZ |

### ORDER

Considering the foregoing Joint Motion for Dismissal;

IT IS HEREBY ORDERED that any and all claims asserted in the Complaint for Damages of Willie B. Verrett, against defendants, Stone Energy Corporation and Stone Energy Offshore, LLC, are hereby dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this 14th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE